# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00645-CV

**In re Sabrina Atwater**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

On the record before us, we cannot conclude that relator is entitled to the relief sought. Consequently, we deny her petition for writ of mandamus and motion for temporary relief. *See* Tex. R. App. P. 52.7(a), 52.8(a).

_____

Melissa Goodwin, Justice

Before Justices Pemberton, Rose and Goodwin

Filed:   October 21, 2011